**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In Re:

DIEGO ALEJANDRO VELASQUEZ                    CHAPTER 7
                                             CASE NO. 14-33778-RBR
    Debtor.
_____/

## NOTICE OF APPEARANCE

COMES NOW, James B. Flanigan of Tripp Scott, P.A., and hereby files his Notice of Appearance as counsel of record for the Creditor, VT Inc. as Trustee of World Omni LT in the above-styled case, and requests that the firm be provided copies of all pleadings filed herein and any notice of the matters arising in this action may be duly served on the undersigned at the following address:

    TRIPP SCOTT, P.A.
    Counsel for Creditor
    110 SE 6th Str, 15th Flr
    Fort Lauderdale, FL 33301
    James B. Flanigan, Esquire
    bankruptcy@trippscott.com
    Tel: 954-525-7500

    /s/ *James B. Flanigan, Esquire*
    James B. Flanigan, Esquire
    FBN: 0098399

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the Notice of Appearance was provided by U.S. 1st Class or electronic mail to Diego Alejandro Velasquez, 5051 NW 124th Way, Coral Springs, FL 33076; Andrea R Jacobs, 2855 University Drive, Ste. 520, Coral Springs, FL 33065; Kenneth A Welt, Trustee, 1776 Pine Island Rd, #101, Plantation, FL 33322; Office of the US Trustee 51 S.W. 1st Ave. Suite 1204 Miami, FL 33130, on this 20th day of November, 2014.

    /s/ *James B. Flanigan, Esquire*
    James B. Flanigan, Esquire