UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

DIEGO ALEJANDRO VELASQUEZ,

       Debtor.
_____/

Case No. 14-33778-RBR
Chapter 7

### TRUSTEE'S NOTICE OF INTENT TO SELL REAL PROPERTY OF THE ESTATE

Kenneth A. Welt, the Chapter 7 Trustee (the *"Trustee"*) for the bankruptcy estate (the *"Estate"*) of Diego Alejandro Velasquez (the *"Debtor"*), gives notice that the Trustee intends to sell the Estate's interest in real property for the benefit of the creditors of the Estate. The property to be sold is located at:

5681 N.W. 121 Avenue, Coral Springs, FL 33065.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on December 22, 2014, via the Court's Notice of Electronic Filing upon Registered Users set forth on the attached Exhibit 1 and via U.S. mail upon: Diego and Lorena Velasquez, 5051 NW 124th Way, Coral Springs, FL 33076-3444.

                                    s/ Lawrence E. Pecan
                                    Lawrence E. Pecan, Esquire
                                    Florida Bar No. 99086
                                    lpecan@melandrussin.com
                                    MELAND RUSSIN & BUDWICK, P.A.
                                    3200 Southeast Financial Center
                                    200 South Biscayne Boulevard
                                    Miami, Florida 33131
                                    Telephone: (305) 358-6363
                                    Telecopy: (305) 358-1221

                                    *Attorneys for Trustee*

**SERVICE LIST**

**Electronic Mail Notice List**

The following is the list of parties who are currently on the list to receive e-mail notice/service for this case and who therefore will be served via the Court's Notice of Electronic Filing:

- James B Flanigan    jbf@trippscott.com, bankruptcy@trippscott.com
- Andrea R Jacobs    andrea@arjlaw.com, lynn@brodzkijacobs.com;alyssa.baer@brodzkijacobs.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Lawrence E Pecan    lpecan@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
- Peter D. Russin    prussin@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
- Kenneth A Welt    fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trustesolutions.net;court@trusteeservices.biz

**Exhibit 1**